UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD R. HAILASSIE,<br><br>          Petitioner,<br><br>   vs.<br><br>UNITED STATES OF AMERICA, ETAL,<br><br>          Respondent.<br>_____/ | 1:07-cv-001509 LJO-GSA (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS<br><br>(DOCUMENT #1) |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

    IT IS SO ORDERED.

**Dated:  October 24, 2007**                    /s/ **Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE